IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON PARKER,

    Plaintiff,

v.

ROBERT A. GRACI, *et al.*,

    Defendants.

NO. 3:15-CV-01865

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 1st day of December, 2017, upon review of the Report and Recommendation of Magistrate Judge Susan E. Schwab (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 12) is **ADOPTED in its entirety**.

(2) The case is **DISMISSED without prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                              A. Richard Caputo
                                              United States District Judge